In the Matter of the Claim of LEWIS B. HOFFMAN, Respondent, against CHATHAM ·ELECTRIC LIGHT, HEAT AND POWER COMPANY and Another, Appellants. STATE

INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Was it proper and within the jurisdiction of the State Industrial Board to make an award to the claimant for the permanent loss of use of forty per cent of the right hand, and also thirty-five per cent loss of use of the left hand, to be paid consecutively? Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.